*4n*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Ja'Nay Alexandria Hanson - personal representative of
JANAY ALEXANDRIA HANSON MINOR
"et.al"

Case: 2:23−cv−11035
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/3/2023
Description: CMP JANAY HANSON
V STATE OF MICHIGAN (SS)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

v.

THE STATE OF MICHIGAN
"et.al"

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## Complaint for a Civil Case

100.THE PARTIES TO THIS COMPLAINT

## **101. PLAINTIFF NAME**:

Ja'Nay Alexandria Hanson-personal representative

Of the JaNay Alexandria Hanson Minor. Estate and  Trust

"et.al"

P.O BOX 5503

Flint Michigan

48505-0503

United states of America

**V.**

## **102. DEFENDANT NAME:**

STATE OF MICHIGAN

"et.al"

111 S Capitol Ave

Lansing, Michigan

48933

United States

## 200.  INTRODUCTORY PARAGRAPH

**201.** The (Plaintiff) Ja'Nay Alexandria Hanson- Personal Representative of the JANAY ALEXANDRIA HANSON Minor is filing a complaint in U.S DISTRICT COURT OF THE EASTERN DISTRICT OF MICHIGAN for deprivation of constitutional rights while acting under colorable law  42 USC 1983-  against (defendant) THE STATE OF MICHIGAN , "et.al"a corporation and subsidiary of the District of Columbia INA 101(a)(38),title 28 usc 3002 (15). From 1900 - 1904 a group of cases called "insular tariff cases".As enacted they are a series of U.S supreme court cases that gave congress permission to create a separate nation within this nation using The federal territories defined in INA 101(a)(38),  as states like Guam, Puerto Rico,America Soma and others became a union of states known as the United States of America Minor, congress then started referring to this newly created entity as if it were referring to the continental united states of America seizing the government of the American landmass of people. By the u.s Supreme court,congress and the  president enacted war powers over the American people enslaving and seizing the rights, property and interest of the American people. The Foundling Act of 1940 passed by congress turned all parentless children (minors) under the age of 5 located in the geographic area of the u.s to be declared u.s citizens. The mother signed a birth application as an informant, in a foundling hospital deemed by congress a safe place to abandon a child/minor giving title,rights and equity to the child called minor to the STATE OF MICHIGAN, creating the doctrine of Parens Patriae where the state is the parent of the minor, giving the corporation  property, rights, title and interest of the minor under colorable authority allowing the STATE OF MICHIGAN a private for profit corporation with a duns and bradstreet number, to seize property and violate the constitutional rights of  American state nationals, misclassified as a u.s citizen,and enemy's or enemy ally's.

**300.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).

a case arising under the United States Constitution or federal laws or treaties is a federal

question case. Under 28 U.S.C. § 1332,

**301.**   Federal question

**400.**   **If the Basis for Jurisdiction Is a Federal Question**

**401.**. title 42 usc 1983,title 50 usc 4316- gives jurisdiction to federal district courts. title 18

usc 241, title 18 usc 242,violation of michigan constitution article 1 section 2, Violations of 4th

amendment of the u.s constitution, michigan 1963 constitution article 1 section 11 unlawfully

seizing private property and subrogating the rights of Americans/michiganders,

**500.**   **The Amount in Controversy The amount in controversy**

**501.** The entire minor account held by the Bureau of Fiscal Services needs to be appraised and

adjudicated by a federal probate or federal bankruptcy judge, all debt discharged and remaining

funds distributed to persons entitled the plaintiff who filed a claim in the form of a check payable

to the plaintiff's personal representative/trustee Ja'Nay Alexandria Hanson- personal

representative of the JANAY ALEXANDRIA HANSON TRUST (REVOCABLE) who happens

to also be the beneficiary of the trust.

**600.**     **Statement of Claim for deprivation of constitutional rights ect.**

**601.** From 1900 - 1904 a group of cases called "insular tariff cases".As enacted they are a series

of U.S supreme court cases that gave congress permission to create a separate nation within this

nation using The federal territories defined in INA 101(a)(38),  as states like Guam, Puerto

Rico,America Soma and others became a union of states known as the United States of America

Minor, congress then started referring to this newly created entity as if it were referring to the

continental united states of America seizing the government of the American landmass of people.

By the u.s Supreme court and congress enacting a system of unknown control over the American

people by foreign B.A.R.(British accreditation registry) association members who created a list

of acts to entrap, enslave and seize the right property and interest of the American people.

**602.** The Foundling Act of 1940 turned all parentless children under the age of 5 located in the

geographic area of the u.s to u.s citizens. the mother signed as an informant giving title and

equity to the child to the state of michigan creating the doctrine of parens patriae where the state

is the parent giving them colorable authority to seize property  and violate constitutional rights of

the American state national whose identity was stolen and misclassified by congress.

**603.** 31 cfr 363.6 Minor means an individual under the age of 18 years. The term minor is also

used to refer to an individual who has attained the age of 18 years but has not yet taken control of

the securities contained in his or her minor account. see form fs 1455 see form FS 1522, I am the

person entitled to distribution of liquidated funds, I wish to have them in the form of a check.

4

**604.** The STATE OF MICHIGAN is a corporation (title 28 usc 3002 (15)) acting under colorable law, following the regulations of the trading with the enemy Act imposed on March 9th 1933, the trading with the enemy act regulation of

October 6, 1917 was imposed on the american people, after the american people turned over their gold and silver to the federal reserve banks, then wanted their gold and silver back but it was already sold by the federal reserve banks and their subsidiaries, so the banks needed protection from the american people.

**605.** president roosevelt then had congress declare a national emergency seizing the war powers over the country for the monetary system, the trading with the enemy act was enacted, title 50 usc chapter 53, March 9, 1933 the rights, property and interest of the american people was seized, we were then classified as enemies of the state or enemy ally's. This is a clear breach of title 18 usc 241 by the United states and its (subsidiaries) united states of american minor plus the secretary of treasury has conspired to deprive the American people as well as myself of their god given and constitutional rights under the colorable law.

**606.** Title 18 usc 241- makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States or because of his or her having exercised such a right.

**607.** Title 18 usc 242 - makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

**608**. When an emergency is declared in this country the constitution is suspended.

**609**. The American people lost our rights and freedoms under the war powers see -senate report 93549 written by the u.s senate in 1973 "since March 9. 1933 the United States has been in a state of declared national emergency".

**610.** On march 9th 1933 the american people were classified as enemies of the state under the emergency war powers authorized by congress in favor of the president of the united states "when a emergency is declared in this country the constitution is suspended" we lost our rights and freedoms under the war powers see senate report 93549 written by the u.s senate in 1973 "since March 9, 1933 the united states has been in a state of declared national emergency".

**611.** Evidence at Title 12 usc 95(b). 48 statute 1 - Congress-
" *The exclusion of domestic transactions formerly found in the act was deleted from section 5 (B) at this time ."*
We the people and our transactions are considered the same as enemies trading with the enemy act, is a silent war act applied to the American people and their domestic trades /transactions.

**612.** The foundling act passed by congress in 1940 any person born in the geographical location of the united states who are parentless are automatically considered u.s citizens look at HALE v. HENKEL 1906 -

6

*"an individual state citizen has unalienable constitutional rights, while a United States citizen, a creature of the state, has privileges and civil rights are held subject to policy, rules, codes, statutes the same as any other public servant."* Claiming to be a u.s citizen is self induced slavery, servitude to the corporate jurisdiction and its rules and regulations a legal person with the right to sue or be sued.

**613.** TITLE 50 USC 4309- this is a claim for my personal private property transferred to the alien property custodian under The National Emergency of March 9, 1933. It is hereby claimed as private trust property.

**614.** I am not the corporate vessel,cargo,person,u.s citizen, I'm the personal representative and heir no longer to be considered A creature of the state, UNITED STATES CITIZEN or a FUGITIVE FROM JUSTICE BARRED FROM RECOVERY TITLE 50 USC 4319, nor an enemy or enemy ally bound by TITLE 50 USC 4301 i'm a peaceful inhabitant on the land.

**615.** TITLE 50 USC 4320 STATES PAYMENT OF INCOME BY ALIEN PROPERTY CUSTODIAN - PROPERTY CUSTODIAN IS DIRECTED TO PAY THE PERSON ENTITLED THERETO AND AFTER MARCH 4 1923 THE NET INCOME DIVIDENDS INTEREST ANNUITIES AND OTHER EARNINGS

**616.** TITLE 50 USC 4323 ALLOCATION OF UNALLOCATED INTEREST FOUND.

**617.** W8-BEN is to show one's status as tax exempt per TITLE 50 USC 4321 all taxes and expenses are to be paid by the alien property custodian, Also see 31 U.S. Code § 3123 - Payment of obligations and interest on the public debt, also see TITLE 31 USC 5118(D)(2),AND TITLE 18 USC 8.

**618.** The Sixth paragraph of Section 18 of the Federal Reserve Act (1913) is amended to read as follows: "Upon the deposit with the Treasurer of the United States, (a) of any direct obligations of the United States or (b) on any notes, drafts, bills of exchange, or bankers' acceptances acquired under the provisions of the Act, any Federal reserve bank making such deposit in the manner prescribed by the Secretary of the Treasury shall be entitled to receive from the Comptroller of the Currency circulating notes in blank, duly registered and countersigned. When such circulating notes are issued against the security of obligations of the United States, the amount of such circulating notes shall be equal to the face value of the direct obligations of the United States so deposited as security; and, when issued against the security of notes, drafts, bills of exchange and bankers' acceptances acquired under the provisions of this Act, the amount thereof shall be equal to not more than 90 per cent of the estimated value of such notes, drafts, bills of exchange and bankers' acceptances so deposited as security."

**619.** 27 CFR 72.11- all crimes are commercial crimes (contracts with a value associated) that includes a penal sum and net retention for the people running the show in courts, the judge, prosecutor and defense attorney's. The justice system is the largest contributor to the national debt for imposing commercial crimes with a monetary value on all americans imprisoned in the prison system courts around the u.s secretly receive credits from the bureau of fiscal services by

way of gsa forms submitted by the head court clerk to the Bureau of Fiscal services, sf 24 is a bid bond to bid on the case at indictment the dates will match, the indictment is a true bill it has a commercial value because all crimes carry a commercial contract with a monetary value , the sf 25(performance bond) is usually issued at trial given to fiscal services to alert them that the minor will have to perform get ready to liquidate the assets for the face value of the charges brought against the defendant the sf 25(payment bond) will match the trial date of the defendant, sf 25a is a payment bond issued at sentencing that acts as a direct deposit form for the court/bank/postoffice to receive funds from the charges imposed, the sf 28 is used to substitute the living soul for the minor and the assets held in the minors account, sf 30 to rescind any contract for fraud and swindles or  because a minor is incompetent to contract ect. There are many more such as the federal form sf 273,sf 274,sf 275, non construction sf 1414, SF 1416, SF 1418, OF 90, OF 91, all court case numbers are CUSIP numbers, each summary judgment is monetized through securitization of the court case numbers title 4 united states codes allows the government to bill our accounts for governmental services.

**620.** Modern money mechanics published by THE FEDERAL RESERVE BANK OF CHICAGO states page 6." Ofcourse, they don't really pay out loans from the money they receive as deposits. If they did this, no additional money would be created. What they do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts. Loans (assets)and deposits (liabilities) both rise by $9,000. Reserves are unchanged by the loan transactions. But the deposit credits constitute new additions to the total deposits of the banking system.- The monetary system in this country is a credit system.

**621.** 1982 Montgomery Ward V. Eugene Glasure Case number 82-002087, Rochester Hills Michigan 52-3 Judge James P Sheehy of the 52nd 3rd district of Michigan Mr. Eugene paid his judgment in coffee beans.

**662.** 1969 State of Minnesota County of Scott FIRST NATIONAL BANK OF MONTGOMERY V. Jerome Daly JUDGEMENT AND DECREE states the banks never put up anything of consideration. We the people provide a signature on a negotiable instrument that has value and it's given to the bank's and fractionalized way more than face value in exchange for nothing in return no consideration given in exchange for the negotiable instrument that carries a value.

**700.**  **Relief - michigan constitution 1963 article 1 section 3 petition the government for redress of grievances.**

**701.** Please order all fees regarding complaint/relief to be waived as all debt is the obligation of the u.s treasury.

**702.** Please order the head of the Detroit Passport Agency In "MICHIGAN" to issue expeditely to the authorized representative/Plaintiff of the minor the proper passport book and card as an American or American National OR American State National as Michigander, To protect my vessel and cargo from unconstitutional 4th amendment illegal search and seizure of my personal property with the following status "DO NOT DETAIN, DO NOT INTERROGATE, DO NOT STOP, MAY BE BEARING ARMS, limited diplomatic immunity per the united states constitution and constitution of michigan the rights for one to keep and bear arms comes from

the 2nd amendment of the constitution ratified on December 15,1791, codified in michigan constitution as article 1 section 6 the right to keep and bear arms.- "Every person has the right to keep and bear arms for the defense of himself and the state." see passport application,explanatory statement,declaration of non citizenship nationality/ declaration of political status.- conveyance of michigan constitution article 1 **§ 1 Political power. (Sec.)** 1. All political power is inherent in the people. Government is instituted for their equal benefit, security and protection.

**703.** Please ORDER THE HEAD COURT CLERK of The Eastern District of Michigan to become the trustee/fiduciary of my minor account and its securities held by Fiscal Services Per f-56, Please order the head COURT CLERK OF THE EASTERN DISTRICT to claim the minor account of Ja'Nay Alexandria Hanson online with the bureau of Fiscal Services, order the clerk to hire any parties needed to appraise, adjudicate, discharge the debt, liquidate and distribute remaining settlement to persons entitled per fs 1455, fs 1522, in the form of a check.

**704.** I would also like to place a claim to the minor account held by Bureau of Fiscal Services,Depository Trust Company, Cede and Co and the FEDERAL RESERVE BANK OF CHICAGO, ROUTING NUMBER 0710-0030-1, ACCOUNT NUMBERS 121 0131 483, 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, G64004377, G78310548, and all other sub accounts known and unknown held in the name Of JANAY ALEXANDRIA HANSON.

**705.** Please order the Secretary of State Michigan to issue private plates for the personal conveyance of the traveler ,private conveyances will not be used in commerce ,but as private

automobiles for travel purposes of the heir. Please order (2) PLATES to reflect the political status and jurisdiction of an American traveling aboard this great land mass not subject to corporate or colorable law jurisdiction .

**706.** Please order the STATE OF MICHIGAN to release all information about one's self pertaining to (Ja'Nay Alexandria Hanson) per DOJ 361 FORM and order the release of the certificate of identity.

**707.** Please order the removal of all the minors disabilities and emancipate all the minors assets from federal custody/jurisdiction and convey them to private personal care of the JANAY ALEXANDRIA HANSON TRUST % Ja'Nay Alexandria Hanson trustee for the benefit of the heir/ beneficiary called Ja'Nay Alexandria Hanson. Please order the petition of emancipation to be signed by a family division judge in Genesee county Michigan. As the legal representative of the minor I'm competent to handle all legal affairs pertaining to the minor who resides in Genesee county Michigan, please adjudicate the minors nationality .

**707.** Since all rights, property and interest is vested in the STATE OF MICHIGAN as a part of relief please grant the plaintiff the following parcel numbers through grant deed for consideration parcel number 11-23-100-043. $279,900.00 and Parcel Number 41-21-151-016 for $400,000.00 held in Genesee county jurisdiction to be immediately turned over to the plaintiff upon judges final ruling over the probate matter with the keys and grant deed titled to the heir of the JaNay Alexandria Hanson estate and trust, possession is 9/10 of the law no one is possessing the

commercial properties I hereby accept the prior grant deed gifted to the state of michigan please order the genesee county register of deeds to record this new conveyance of property .

**708.** Plaintiff seeks an injunctive relief from unconstitutional patterns and practices by law enforcement or any other agents acting under colorable law to deprive the plaintiff of constitutional protections. -Title 42 usc 14141.

State House Publication 6227 in 1961 order from the United Nations to tell the police departments throughout the united states to begin to find ways to confiscate americans firearms foreign nations have to work through the u.s state department so all police are instructed  from the state department  all chief of police know this and have access to united nations uniforms and vehicles only to be accessed once the order is given from the united nations

**800.** <u>**Certification and Closing Under Federal Rule of Civil Procedure 11**</u>, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**900.** I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 27, 20 23.

Without recourse

Signature of Plaintiff JaNay A. Hanson

Printed Name of Plaintiff JaNay A. Hanson

Complaint drafted by:

Without recourse

JaNay A. Hanson - personal Representative

OF THE JANAY ALEXANDRIA HANSON TRUST

P.o box 5503

Flint Michigan

48505-0503

14

# NOTICE OF SPECIAL APPEARANCE

## U.S District Court For The Eastern District Of Michigan

Ja'Nay Alexandria Hanson-Personal Representative
(Plaintiff)

                 V.

THE STATE OF MICHIGAN
(Defendant)

CASE NUMBER:_____

JUDGE NAME:_____

In the matter of: The estate of JANAY ALEXANDRIA HANSON and minor account claim

To whom it may concern,

      My name is Ja'Nay Alexandria  and I am the Personal Representative of the estate of Ja'Nay Alexandria Hanson and the JANAY ALEXANDRIA HANSON TRUST, pertaining to the civil probate matter I will only show to court under special appearance to settle the matters and or provide a signature to settle the matters please file this in the courts records along with the complaint,let the record reflect that the plaintiff's personal representative will show under special appearance to settle all matters pertaining to the estate and trust. I have laid claim to the minor and all rights titles, property and interest in the name Hanson JaNay Alexandria , JaNay Alexandria Hanson "et.al"  intent is shown under file number 202211070070658, I also declared the status of the corporation under the same file number As a state national per title 8 usc 1101 (a) 21.The only status with limited diplomatic immunity per Geneva Convention

I will be appearing specially on behalf of JANAY ALEXANDRIA HANSON minor im the personal representative of the estate and trust im also the heir and beneficiary.

Date: 7| 13| 2023

signature _Ja'Nay A. Hanson_. Without Recourse

Po box 5503

Flint, Michigan

48505-0503

1

# State of Michigan



## *DEPARTMENT OF STATE*
### STATE REGISTRAR CERTIFICATION

*I, Jocelyn Benson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, Jeffrey D. Duncan, whose attestation is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified State Registrar and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*

*IN WITNESS WHEREOF, I execute this certificate and affix the GREAT SEAL of the State of Michigan on this 12th day of July 2022.*



Jocelyn Benson

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

20006038845462

# STATE OF MICHIGAN

LF. **8536**

CF _____

**STATE OF MICHIGAN**
DEPARTMENT OF HEALTH AND HUMAN SERVICES

## CERTIFICATE OF LIVE BIRTH

121- **0131483**
State File Number

| 1. CHILD'S NAME (First, Middle, Last, Suffix) |
|---|
| Ja'Nay   Alexandria   Hanson |

| 2. SEX | 3a. PLURALITY - Single, Twin, Triplet, etc. (Specify) | 3b. IF NOT SINGLE BIRTH - First, Second, Third, etc. (Specify) | 4a. DATE OF BIRTH (Month, Day, Year) | 4b. TIME OF BIRTH |
|---|---|---|---|---|
| Female | Single | | December 30, 1991 | 8:26 am |

| 5a. CHILD'S BIRTHPLACE(Hospital or Address if other) | 5b. COUNTY |
|---|---|
| Flint Osteopathic Hospital, Flint | Genesee |

| 6a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last) | 6b. MOTHER'S FULL NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| Sheila Neshelle Grigsby | Sheila Neshelle Grigsby |

| 7a. STATE OF BIRTH - Name Country if not USA | 7b. DATE OF BIRTH OR AGE | 7c. COUNTY OF RESIDENCE | 7g. STATE OF RESIDENCE |
|---|---|---|---|
| Texas | December 5, 1968 | Genesee | Michigan |

| 8A. FATHER'S CURRENT LEGAL NAME (First, Middle, Last) | 8b. STATE OF BIRTH - Name Country if not USA | 8c. DATE OF BIRTH OR AGE |
|---|---|---|
| Not Recorded | Not Recorded | Not Recorded |

| 9a. REGISTRAR'S SIGNATURE | 9b. DATE FILED BY LOCAL REGISTRAR - (Month, Day, Year) |
|---|---|
| \\S\\ John H. Trecha | January 6, 1992 |

I hereby certify that the above is a true and correct representation of the birth facts on file with the State of Michigan, issued from the Michigan Centralized Birth Certification System.

Certified by: Jeffrey D. Duncan
State Registrar

Date Issued: **July 6, 2022**
AFS: **3933682**


 21194996


DCH-0950(6/12) Authority: MCL 333.2882

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

**OMB Control Number: 9000-0001**

**Expiration Date: 3/31/2024**

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | SS. |
|---|---|---|

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

**1. NAME**
*(First, Middle, Last) (Type or Print)*

Ca'Nay Alexandria Hansen

**3. TYPE AND DURATION OF OCCUPATION**

Lifetime surety

**2A. HOME ADDRESS**
*(Number, Street, City, State, ZIP Code)*

1101 Beach Street
Flint, Michigan
48502

**2B. TELEPHONE NUMBER**

810 257-3060

**2C. EMAIL ADDRESS**

**4A. NAME AND ADDRESS OF EMPLOYER**
*(Number, Street, City, State, ZIP Code) (If self-employed, so state)*

**5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED**
*(Number, Street, City, State, ZIP Code)*

DTG
55 Water Street 5th Floor.
New York, New York
10041

**5B. SURETY BROKER EMAIL ADDRESS**

**4B. EMPLOYER EMAIL ADDRESS**

**5C. HOME TELEPHONE NUMBER**

**5D. BUSINESS TELEPHONE NUMBER**

**6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY**
*(Number, Street, City, State, ZIP Code)*

**6B. FINANCIAL INSTITUTION EMAIL ADDRESS**

**6C. ROUTING TRANSIT NUMBER (RTN)**

**6D. CONTACT PERSON NAME**

**6E. CONTACT PERSON TELEPHONE NUMBER**

**6F. CONTACT PERSON EMAIL ADDRESS**

**7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND.** *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 28 (REV. 2/2021)**
Prescribed by GSA-FAR (48 CFR) 53.228(e)

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

## DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
|---|---|
|  | Birth Certificate bond – minor Securities |

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* | | Official Seal |
|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | | | d. SIGNATURE | e. MY COMMISSION EXPIRES | |

STANDARD FORM 28 (REV. 2/2021) PAGE 2

# NOTICE OF SPECIAL APPEARANCE

### U.S District Court For The Eastern District Of Michigan

Ja'Nay Alexandria Hanson-Personal Representative
(Plaintiff)

V.

THE STATE OF MICHIGAN
(Defendant)

CASE NUMBER:_____

JUDGE NAME:_____

In the matter of: The estate of JANAY ALEXANDRIA HANSON and minor account claim

To whom it may concern,

My name is Ja'Nay Alexandria and I am the Personal Representative of the estate of Ja'Nay Alexandria Hanson and the JANAY ALEXANDRIA HANSON TRUST, pertaining to the civil probate matter I will only show to court under special appearance to settle the matters and or provide a signature to settle the matters please file this in the courts records along with the complaint, let the record reflect that the plaintiff's personal representative will show under special appearance to settle all matters pertaining to the estate and trust. I have laid claim to the minor and all rights titles, property and interest in the name Hanson JaNay Alexandria , JaNay Alexandria Hanson "et.al"  intent is shown under file number 202211070070658, I also declared the status of the corporation under the same file number As a state national per title 8 usc 1101 (a) 21.The only status with limited diplomatic immunity per Geneva Convention

I will be appearing specially on behalf of JANAY ALEXANDRIA HANSON minor im the personal representative of the estate and trust im also the heir and beneficiary.

Date: 4/13/2023

signature *Ja'Nay A. Hanson* — Without Recourse;
*personal Representative* .

Po box 5503

Flint, Michigan

48505-0503

Intent to prove
One's skill as
personal Representative
of the minor and minor's
Securities.

1

TRUSTEE APPOINTMENT

for: THE JANAY ALEXANDRIA HANSON TRUST

The following is a trustee form to appoint
intermediaries/fiduciaries/bankers/brokers/fiscal agents/individuals

as trustees as instructed in the certificate of trust for the JANAY ALEXANDRIA
HANSON TRUST to be applied to the

trust agreement established on:

date: <u>November 1, 2022</u>          ,

Naming: <u>Ja'Nay Alexandria Hanson</u> as beneficiary and

It is hereby declared that as Grantor: <u>Ja'Nay Alexandria Hanson</u> , nominates/appoint:
<u>Ja'Nay Alexandria Hanson</u>-ttee(name)

located at: <u>% 305 East Dartmouth Street</u>

Flint Michigan [48505-4856]

(Address),

I, <u>Ja'Nay Alexandria Hanson-TTEE</u>  Agree to become  trustee and honor my
obligation to perform as it pertains to the trust assets and res I agree to act in honor for
the benefit of the beneficiary and per orders of the grantor I agree not to make any
unauthorized transactions without prior consent from the grantor

as trustee of The JANAY ALEXANDRIA HANSON TRUST. The assets proclaimed
in the attached document are to be trust property which is to be retained, applied and
disbursed in the manner defined in therein.

*Ja'Nay Alexandria Hanson* —TTEE
by:Ja'Nay Alexandria Hanson©-TTEE
State National  8 U.S.C. § 1101(a)(21).
Without prejudice, without recourse.
The Grantor/Executrix/Director/Heir/beneficiary
Sole Shareholder/Chief Executive Officer
for  **JANAY ALEXANDRIA HANSON ™ -TRUST**

1

# TRUSTEE APPOINTMENT
## for: THE JANAY ALEXANDRIA HANSON TRUST

**Notary Witness and Acknowledgement**

| | |
|---|---|
| Michigan State | ) |
| | ).SS |
| Genesee County | ) |

Today before me, a Commissioned Notary, is the living woman known to me to be Ja'Nay Alexandria Hanson and she did issue this appointment and acceptance of office of trustee for the JANAY ALEXANDRIA HANSON TRUST as shown and she also affirmed her testimony as shown before me this ____ day of _november_ in the year 2022, in Witness whereof I set my Signature and Seal:

_Antonio S. Ramirez_ Public Notary; my commission expires on _Dec 8 2028_

ANTONIO S RAMIREZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF GENESSE
My Commission Expires December 8th 2028
Acting in the County of _Genesee_

2

| For official use only: | Customer Name | Case or SR# | Customer No |
|---|---|---|---|

FS Form 1455 (Revised April 2022)                                    OMB No. 1530-0035

# Request by Fiduciary for Distribution of United States Treasury Securities



**IMPORTANT:** Follow instructions in filling out this form. Making any false, fictitious, or fraudulent claim or statement to the United States is a crime and may be prosecuted. Print in ink or type all information.

One or more fiduciaries (individual or corporate) must use this form to request distribution of United States Treasury Securities to the person lawfully entitled due to distribution of a trust or an estate or other reasons set out in the instructions.

## Part A – Reason for Distribution

I/We request distribution of the securities and/or related payments for the following reason:

☐ Distribution of an estate OR trust to person(s) entitled

☒ Other reason for distribution: Attained the Age of majority

*Relief - Remedy.*

If a person entitled to paper savings bonds (Series EE, E, I, HH, or H) wants:

- **payment,** he or she must submit FS Form 1522
- **reissue to himself or herself,** he or she must submit FS Form 4000
- **reissue to a trust,** he or she must submit FS Form 1851

**A person entitled to electronic securities held in TreasuryDirect must submit FS Form 5511 for transfer or FS Form 5512 for redemption.**

**For forms, go to www.treasurydirect.gov**

## Part B – Distribution of Securities (a separate Part B must be completed for each distributee)

I/We request that the securities and/or related payments be distributed as follows:

**1. Distribute to:** _____
(Name of first distributee)

_____          _____
(Social Security Number or Employer Identification Number)          (Telephone Number)

_____
(Address)

**2. Description of securities and/or related payments:**

| TITLE OF SECURITY | ISSUE DATE | FACE AMOUNT | IDENTIFYING NUMBER | REGISTRATION |
|---|---|---|---|---|
| | | | G164004377 | Ja'Nay Alexandria Hanson 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 |
| | | | G78310548 | Ja'Nay Alexandria Hanson 382 13 8821 |
| | | | 121 0131 483 | Ja'Nay Alexandria Hanson 121 0131 483 |
| | | | | |

**NOTE:** Individual **savings bonds** (Series EE, E, I, HH, and H) may not be split. Each savings bond must be distributed, in its entirety, to an entitled individual or entity. **Marketable securities** may be distributed in full or in increments of $100.

If you want to split a marketable security, describe the exact amount of the distribution: distribution in full to persons entitled 100%

**Part C - Signatures and Certifications**

**I/We certify under penalty of perjury that the information provided herein is true and correct to the best of my/our knowledge and belief, and agree to distribution of the securities as indicated in Part B.** I/We bind ourselves, our heirs, legatees, successors and assigns, jointly and severally, to hold the United States harmless on account of the transaction requested, and to indemnify unconditionally and promptly repay the United States in the event of any loss which results from this request, including interest, administrative costs, and penalties. I/We consent to the release of any information regarding this transaction, including information contained in this form, to any party having an ownership or entitlement interest in the securities or payments.

*Sign in ink, in your fiduciary capacity, in the presence of a certifying officer, and provide the requested information.*

Sign Here: _____
(Signature and Title of Applicant)

Ja'Nay Alexandria Hansen
(Print Name)                                          (Social Security Number)

Home Address  P.O Box 5503
(Number and Street or Rural Route)                   810 391 9851
(Daytime Telephone Number)

Flint   Michigan   48505-0503      noeski ii 20 @ gmail.com
(City)        (State)      (ZIP Code)       (Email Address)

*Sign in ink, in your fiduciary capacity, in the presence of a certifying officer, and provide the requested information.*

Sign Here: _____
(Signature and Title of Applicant)

_____
(Print Name)                          (Social Security Number)

Home Address _____
(Number and Street or Rural Route)         (Daytime Telephone Number)

_____
(City)          (State)       (ZIP Code)        (Email Address)

**Instructions to Certifying Officer**: **1.** Name(s) of the person(s) who appeared and date of appearance **MUST** be completed. **2.** Original signature is required if a Medallion stamp is used.   **3.** Person(s) must sign in your presence.

I CERTIFY that _____ , whose identity(ies)
(Names of Persons Who Appeared)

is/are known or proven to me, personally appeared before me this _____ day of _____  _____
(Month)          (Year)

at _____ and signed this form.
(City, State)

_____
(Signature and Title of Certifying Officer)

_____
(Name of Financial Institution)

_____
(Address)

_____
(City, State, ZIP code)

_____
(Telephone)

| For official use only: | Customer Name | Case or SR# | Customer No |
|---|---|---|---|

FS Form 1522 (Revised November 2021)

OMB No. 1530-0028

# Special Form of Request for Payment of United States Savings and Retirement Securities Where Use of a Detached Request Is Authorized



BUREAU OF THE **Fiscal Service**

IMPORTANT: Follow instructions in filling out this form. Making any false, fictitious, or fraudulent claim or statement to the United States is a crime and may be prosecuted. Print in ink or type all information.

## 1. DESCRIPTION OF BONDS

I am the owner or person entitled to payment of the securities described below, which bear the name(s) of

_____

Provide name(s) of the person(s) currently registered/listed on the securities.

| ISSUE DATE | SERIAL NUMBER | ISSUE DATE | SERIAL NUMBER | ISSUE DATE | SERIAL NUMBER |
|---|---|---|---|---|---|
| 1/28/16 | G164004377 | | | | |
| 12/23/16 | G78310548 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*(If you need more space, attach either a list or FS Form 3500 [see www.treasurydirect.gov].)*

## 2. INSTRUCTIONS FOR DIRECT DEPOSIT PAYMENT

**Payee must provide a Social Security Number OR Employer Identification Number:**

_____ **OR** _____
(Social Security Number of Payee)          (Employer Identification Number of Payee)

Ja'Nay Alexandria Hansen
_____
(Name/Names on the Account)

Bank Routing No. (nine digits and begins with 0, 1, 2, or 3 ): _____

_____   Type of Account  ☐ Checking  ☐ Savings
(Depositor's Account No.)

_____          _____
(Financial Institution's Name)          (Financial Institution's Phone No.)

FS Form 1522          Department of the Treasury | Bureau of the Fiscal Service          1

## 3. SIGNATURE

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. person (including a U.S. resident alien).

**NOTE:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

**Certification.** If the current redemption value (see Instructions) of your bonds totals $1,000 or less, your signature need **not** be certified; you may simply sign the form and enclose a current copy of your driver's license, passport, state ID, or military ID. If the current redemption value of your bonds totals more than $1,000, sign this form in the presence of a notary or certifying officer.

*Complete in ink. If required (see "Certification" above), sign in the presence of a notary or certifying officer.*

Sign
Here: _____
(Signature)

_____        _____
(Print Name)                                                            (Social Security Number)

**Home Address** _____        _____
(Number and Street or Rural Route)                        (Daytime Telephone Number)

_____        _____
(City)            (State)          (ZIP Code)                    (Email Address)

---

Sign
Here: _____
(Signature)

_____        _____
(Print Name)                                                            (Social Security Number)

**Home Address** _____        _____
(Number and Street or Rural Route)                        (Daytime Telephone Number)

_____        _____
(City)            (State)          (ZIP Code)                    (Email Address)

---

*You may leave this blank if your bonds are worth $1,000 or less and you enclose an ID named above in "Certification."*

**Instructions to Notary or Certifying Officer**: **1.** Name(s) of the person(s) who appeared and date of appearance **MUST** be completed. **2.** If a Medallion stamp is used, an original signature is required. **3.** Person(s) must sign in your presence.

I CERTIFY that _____ , whose identity(ies)
(Names of Persons Who Appeared)

is/are known or proven to me, personally appeared before me this _____ day of _____ _____
(Month)              (Year)

at _____ and signed this form.
(City, State)

_____
(Signature and Title of Notary or Certifying Officer)

_____
(Name of Financial Institution)

_____
(Address)

_____
(City, State, ZIP code)

Form **W-8BEN**

(Rev. October 2021)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:**                                                                                     **Instead, use Form:**

* You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8BEN-E
* You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . W-9
* You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
* You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . 8233 or W-4
* You are a person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

### Part I    Identification of Beneficial Owner (see instructions)

| 1 | Name of individual who is the beneficial owner | 2 | Country of citizenship |
|---|---|---|---|
| | Ja'Nay Alexandria Hanson- beneficiary | | AMERICA |

3  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

4  Mailing address (if different from above)
305 East Dartmouth Street

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| Flint, Michigan 48505-4986 | America |

5  U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)

| 6a Foreign tax identifying number (see instructions) | 6b Check if FTIN not legally required . . . . . . . . . ☐ |
|---|---|

| 7 Reference number(s) (see instructions) | 8 Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|
| w8-Ben Affidavit recorded in county under  202211070070658 | 12-30-1991 |

### Part II    Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9  I certify that the beneficial owner is a resident of america                                      within the meaning of the income tax treaty between the United States and that country.

10  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph                    of the treaty identified on line 9 above to claim a     0 % rate of withholding on (specify type of income):

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding:
non resident alien-and also title 26 usc 7701 (31) (B)Foreign trustThe term  "foreign trust"

### Part III    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

* I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;
* The person named on line 1 of this form is not a U.S. person;
* This form relates to:
  (a) income not effectively connected with the conduct of a trade or business in the United States;
  (b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;
  (c) the partner's share of a partnership's effectively connected taxable income; or
  (d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);
* The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and
* For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here** ▶   ☑ I certify that I have the capacity to sign for the person identified on line 1 of this form.

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) |
|---|---|

Print name of signer

**For Paperwork Reduction Act Notice, see separate instructions.**            Cat. No. 25047Z            Form **W-8BEN** (Rev. 10-2021)



**Ready to go?**
**Get up to date**
**with all your**
**vaccines***

Talk to your pharmacist or learn more
at Walgreens.com/Immunizations

*Walgreens*

*Vaccines subject to availability. State-, age- and health-related
restrictions may apply.

**Made for you**

*W Photo*

114510

Hanson, Janay
(810)391-9851

1HR - 1 Passport Photo

Store #6830
Order #990502972

04/24/23 08:03 PM
ALEXIS

PICKUP TIME: 04/24/23 08:28 PM

4 9 0 0 1 1 1 4 5 1 0   0

KIOSK



OMB CONTROL NO: 1405-0004
EXPIRATION DATE: 12-31-2023
ESTIMATED BURDEN: 85 MIN

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

*Use **black ink** only. If you make an error, complete a new form. Do not correct.*

**Select document(s) for which you are submitting fees.**

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☒ Both

The U.S. passport card is **not** valid for international air travel. (See Instructions Page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)

The large book is for frequent travelers who need more visa pages.

**1. Name** Last

Hanson

☐ D ☐ o ☐ S ☐ NFR

**End. #** _____ **Exp.** _____

First

JaNay

Middle

Alexandria

**2. Date of Birth** *(mm/dd/yyyy)*

12301991

**3. Sex**
M ☐
F ☒ X ☐

**4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*

**5. Social Security Number**

███████████

**6. Email** *(see application status at passportstatus.state.gov)*

Naeskii20@gmail.com

**7. Primary Contact Phone Number**

810391 9851

**8. Mailing Address Line 1:** *(Street/RFD#, P.O. Box or URB)*

PO Box 5503

**Address Line 2:** (Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" the parent. Example: In Care Of - Jane Doe, mother)

City

Flint

State

MI

Zip Code

48505

Country, (if outside the United States)

United States of America

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A.     B.

---

## STOP! CONTINUE TO PAGE 2 →

### DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

STAPLE   2" x 2"   STAPLE

FROM 1" TO 1 3/8"

2" X 2"

STAPLE    STAPLE

Attach a color photograph
taken within the last six months

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other _____

Name _____

Issue Date *(mm/dd/yyyy)* _____   Exp. Date *(mm/dd/yyyy)* _____   State of Issuance _____

ID No _____   Country of Issuance _____

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other _____

Name _____

Issue Date *(mm/dd/yyyy)* _____   Exp. Date *(mm/dd/yyyy)* _____   State of Issuance _____

ID No _____   Country of Issuance _____

☐ Acceptance Agent    ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

Signature of person authorized to accept applications

*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.*

Date _____

Agent ID Number _____

Facility ID Number _____

Print Facility Name/Location

Name of courier company *(if applicable)*

x _____
**Applicant's Legal Signature - age 16 and older**

x _____
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

x _____
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

**Name of Applicant** *(Last, First, & Middle)*
Hanson, Janay, Alexandria

**Date of Birth** *(mm/dd/yyyy)*
12/30/1991

**10. Parental Information**

**Mother/Father/Parent - First & Middle Name** *(at Parent's Birth)*
Sheila Neshelle

**Last Name** *(at Parent's Birth)*
Grigsby

**Date of Birth** *(mm/dd/yyyy)*
12 05 1968

**Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known)*
Dallas, Texas, United States of America

**Sex** X Female

**U.S. Citizen?** X Yes

**Mother/Father/Parent - First & Middle Name** *(at Parent's Birth)*
Attila

**Last Name** *(at Parent's Birth)*
Hanson

**Date of Birth** *(mm/dd/yyyy)*
10 09 1968

**Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known)*
Flint, Michigan, United States of America

**Sex** X Male

**U.S. Citizen?** X Yes

**11. Have you ever been married?** ☐ Yes  X No  *If yes, complete the remaining items in #11.*

**Full Name of Current Spouse or Most Recent Spouse** *(Last, First & Middle)*

**Date of Birth** *(mm/dd/yyyy)*

**Place of Birth**

**U.S. Citizen?** ☐ Yes  X No

**Date of Marriage** *(mm/dd/yyyy)*

**Have you ever been widowed or divorced?** ☐ Yes  X No

**Widow/Divorce Date** *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**
810 391 9851

**13. Occupation** *(if age 16 or older)*
Home ☐  Work ☐  X Cell
Self employed

**14. Employer or School** *(if applicable)*
Prosperity Logistics, LLC

**15. Height** 5'4
**16. Hair Color** Brown
**17. Eye Color** Brown

**18. Travel Plans** *(If no travel plans, please write "none".)*
**Departure Date** *(mm/dd/yyyy)*  **Return Date** *(mm/dd/yyyy)*  **Countries to be Visited**

**19. Permanent Address** *(Complete if P.O. Box is listed under Mailing Address or if residence is different from Mailing Address. Do not list a P.O. Box)*

**Street/RFD # or URB**
Rural Free Delivery

**Apartment/Unit**

**City** non domestia
**State** MI
**Zip Code** [000000]

**20. Your Emergency Contact** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

**Name** Attila Hanson

**Address: Street/RFD # or P.O. Box** Rural Free delivery

**Apartment/Unit**

**City** Non Domestia
**State** MI
**Zip Code** [000000]
**Phone Number** 810 391 9869
**Relationship** dad/Biological father.

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☐ Yes  X No  *If yes, complete the remaining items in #21.*

**Name as printed on your most recent passport book**

**Most recent passport book number**

**Most recent passport book issue date** *(mm/dd/yyyy)*

**Status of your most recent passport book:** ☐ Submitting with application  ☐ Stolen  ☐ Lost  ☐ In my possession *(if expired)*

**Name as printed on your most recent passport card**

**Most recent passport card number**

**Most recent passport card issue date** *(mm/dd/yyyy)*

**Status of your most recent passport card:** ☐ Submitting with application  ☐ Stolen  ☐ Lost  ☐ In my possession *(if expired)*

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence

☐ Birth Certificate  SR  CR  City  Filed:  Issued:  ☐ Sole Parent

☐ Nat. / Citz. Cert.  USCIS  USDC  Date/Place Acquired:  A#

☐ Report of Birth  Filed/Place:

☐ Passport  C/R  S/R  See #21  #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz  ☐ P/C of ID  ☐ DS-71  ☐ DS-3053  ☐ DS-64  ☐ DS-5520  ☐ DS-5525  ☐ PAW  ☐ NPIC  ☐ IRL  ☐ Citz W/S

DS 11 A 12 2020 2

# Certificates of
# Non Citizen Nationality

The Department of State occasionally receives requests for certificates of non-citizen national status pursuant to Section 341(b)of the Immigration and Nationality Act (INA), 8 USC 1452(b).

As the title of the certificate indicates, only a person who is a non-citizen U.S. national (i.e., a U.S. national but not a U.S. citizen) may apply for such a certificate.

As defined by the INA, all U.S. citizens are U.S. nationals but only a relatively small number of persons acquire U.S. nationality without becoming U.S. citizens. Section 101(a)(21) of the INA defines the term "national" as "a person owing permanent allegiance to a state." Section 101(a)(22) of the INA provides that the term "national of the United States" includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals).

Section 308 INA confers U.S. nationality but not U.S. citizenship, on persons born in "an outlying possession of the United States" or born of a parent or parents who are non-citizen nationals who meet certain physical presence or residence requirements. The term "outlying possessions of the United States" is defined in Section 101(a)(29) of the INA as American Samoa and Swains Island. No other statutes define any other territories or any of the states as outlying possessions.

In addition to Section 308 of the INA, Section 302 of Public Law 94 - 241 provides for certain inhabitants of the Commonwealth of the Northern Mariana Islands, who became United States citizens by virtue of Article III of the Covenant, to opt for non-citizen national status. (See requirements of Section 302).

As the Department has received few requests, there is no justification for the creation of a non-citizen national certificate. Designing a separate document that includes anti-fraud mechanisms was seen as an inefficient expenditure of resources. Therefore, the Department determined that those who would be eligible to apply for such a certificate may instead apply for a United States passport that would delineate and certify their status as a national but not a citizen of the United States.

If a person believes he or she is eligible under the law as a non-citizen national of the United States and the person complies with the provisions of section 341(b) of the INA, 8 USC 1452(b),he/she may apply for a passport at any Passport Agency in the United States.. When applying, applicants must execute a Form DS-11 and show documentary proof of their non-citizen national status as well as their identity.

Pertinent Sections of Law on Non-Citizen Nationality

Section 341 of the Immigration and Nationality Act:

(b) A person who claims to be a national, but not a citizen, of the United States may apply to the Secretary of State for a certificate of non-citizen national status. Upon - (1) proof to the satisfaction of the Secretary of State that the

1

applicant is a national, but not a citizen, of the United States; and, (2) in the case of a non-citizen national born outside of the United States or its outlying possessions, taking and subscribing, before an immigration officer within the United States or its outlying possessions, to the oath of allegiance required of an applicant for naturalization.

Section 101(a)(21) of the Immigration and Nationality Act:

The term "national" means a person owing permanent allegiance to a state.

Section 101(a)(29) of the Immigration and Nationality Act:

The term "outlying possessions of the United States" means American Samoa and Swains Island.

Section 101(a)(36) of the Immigration and Nationality Act:

The term "State" includes the District of Columbia, Puerto Rico, Guam, and the Virgin Islands of the United States.

Section 308 of the Immigration and Nationality Act:

Unless otherwise provided in section 301 of this title, the following shall be nationals, but not citizens of the United States at birth:

(1) A person born in an outlying possession of the United States on or after the date of formal acquisition of such possession;

(2) A person born outside the United States and is outlying possessions of parents both of whom are nationals, but not citizens, of the United States, and have had a residence in the United States, or one of its outlying possessions prior to the birth of such person;

(3) A person of unknown parentage found in an outlying possession of the United States while under the age of five years, until shown, prior to attaining the age of twenty-one years, not to have been born in such outlying possessions; and

(4) A person born outside the United States and its outlying possessions of parents one of whom is an alien, and the other a national, but not a citizen, of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than seven years in any continuous period of ten years -

(A) during which the national parent was not outside the United States or its outlying possessions for a continuous period of more than one year, and

(B) at least five years of which were after attaining the age of fourteen years.

The provision of section (301(g) shall apply to the national parent under this paragraph in the same manner as it applies to the citizen parent under that section.

2

## Section 302 of Public Law 94 - 241:

Any person who becomes a citizen of the United States solely by virtue of the provisions in Section 301 [applying to those born in or residing in the Northern Mariana Islands] may within six months after the effective date of that Section or within six months after reaching the age of 18 years. whichever date is later. become a national but not a citizen of the United States by making a declaration under oath before any court established by the Constitution or laws of the United States or any other court of record in the Commonwealth in the form as follows " I _____ being duly sworn. hereby declare my intention to be a national but not a citizen of the United States."

# Declaration of Political Status
## Certificates of Non Citizen Nationality
### Notice to principal is notice to agent
### Notice to Agent is Notice to Principal

" I Ja'Nay Alexandria Hanson being duly sworn. hereby declare my intention to be a national but not a citizen of the United States."

I Ja'Nay Alexandria Hanson affirm and declare that I have returned to my lawful birthright political status as a national a michiganian/michigander, American State National and I claim my exemptions as stated in title 8 USC 1101 (a) 21. the only status accepted by the Geneva Convention as having limited diplomatic immunity. i'm no longer to be classified as a u.s citizen nor an enemy/enemy ally, nor resident of the STATE OF or the United States which is a corporation in accordance to title 28 usc 3002 (a)(15), but I am a American state national and non resident alien and my Trust/Estate is to be classified for the record as a tax exempt foreign caste and or trust in accordance to title 26 usc 7701(a)(31) this is a claim/notice to have my God given right restored back to me including :my bill of rights protections such as do not detain, do not stop, do not interrogate, may be bearing arms ,2nd amendment right to bear arms and to update the status of my accounts and status pertaining to those securities accounts. I declare I am one of the private people upon the lands of America.

ALSO as for THE FICTITIOUS NAME CREATED BY THE GOVERNMENT TO STEAL MY PROPERTY ON BEHALF OF THE STATE OF MICHIGAN AND THE UNITED STATES UNDER HANSON, OR HANSON JANAY ALEXANDRIA or JANAY ALEXANDRIA HANSON HELD IN CUSTODY, is hereby reconveyed back to the given name in which it was derived Ja'Nay Alexandria "house of" Hanson who is to be recognized as the beneficiary of such accounts,assets and interest tied to the name and number xxx-xx-8821

This I declare and affirm under penalty of perjury under the public law of The United States of America

by:Ja'Nay Alexandria Hanson© Auth Rep
Without prejudice, without recourse.
Executrix/Director/Heir/beneficiary
Sole Shareholder/Chief Executive Officer
for **JANAY ALEXANDRIA HANSON** ™ - **Vessel**

4

# WITNESSES

DAVID AYUSO II
Witness 1 print name

*[signature]*
Witness 1 signature

11 / 01 / 2022
Date

ATTilA HENSON
Witness 2 print name

*[signature]*
witness 2 signature

11 / 01 / 2022
Date

### JURAT

Michigan State          )

                                            SS.)

Genesee County       )

Today before me, a Commissioned Notary, is the living woman known to me to be Ja'Nay- Alexandria: Hanson and she did issue this Declaration of Political Status as shown and she also affirmed her testimony as shown before me this __1__ day of __November__ in the year 2022, in Witness whereof I set my

Signature and Seal:

Antonio S. Ramirez Public Notary; my commission expires on Dec 8 2028.

*[signature]*

```
ANTONIO S RAMIREZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF GENESSE
My Commission Expires December 8th 2028
Acting in the County of Genesee
```

Document executed by:  ./
Ja'Nay Alexandria Hanso -Ex
℅  305 East Dartmouth street
Flint Michigan
[48505-4965] w/o D.C

Genesee

5



**U.S Department of Justice**

## Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Ja'Nay Alexandria Hansen

Citizenship Status [2]  American National  Social Security Number [3] ▓▓▓▓▓▓▓▓▓▓▓

Current Address  P.O Box 5503, Flint, Michigan  48505-0503

Date of Birth  12 30 1991          Place of Birth  Flint, Michigan, America

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____  Date _____

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

Form **56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

| Part I | Identification |

Name of person for whom you are acting (as shown on the tax return)
*Ja'Nay Alexandria Hanson*

Identifying number

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
*P.O. Box 5503*

City or town, state, and ZIP code (If a foreign address, see instructions.)
*Flint, Michigan   48505 - 0503*

Fiduciary's name

Address of fiduciary (number, street, and room or suite no.)

City or town, state, and ZIP code

Telephone number (optional)
(          )

## Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Fiduciary of intestate estate
**e** ☐ Valid trust instrument and amendments
**f** ☐ Bankruptcy or assignment for the benefit of creditors
**g** ☐ Other. Describe: _____
**2a** If box 1a, 1b, or 1d is checked, enter the date of death: _____
**b** If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: _____
_____

## Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment   ☐ Excise   ☐ Other (describe): _____
**4** Federal tax form number (check all that apply): **a** ☐ 706 series   **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944   **e** ☐ 1040 or 1040-SR   **f** ☐ 1041   **g** ☐ 1120   **h** ☐ Other (list): _____
**5** If your authority as a fiduciary does not cover all years or tax periods, check here   .   .   .   .   .   .   .   .   .   .   .   . ☐
and list the specific years or periods within your authority: _____
_____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)                                                                                              Page **2**

| Part II | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☐ Other. Describe: _____

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ☐

**b** Specify to whom granted, date, and address, including ZIP code.

### Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ☐

| Part III | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time ☐ a.m. ☐ p.m. | Place of other proceedings |

| Part IV | Signature |
|---|---|

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 11-2022)

CERTIFIED MAIL

7020 0090 0002 2706 6250

JaNay-Alexandria Hansen-Personal Representative
Of the Estate and Trust of JaNay Alexandria Hansen
P.O Box 5503
Flint, Michigan
[48505-0503]
United States of America
Without Prejudice

US District Court For The Eastern District Of Michigan
Federal Building, Clerks Office, Bankrupt Division
600 Church Street, Room 140
Flint, Michigan
48502
United States

RECEIVED
MAY 02 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN